COURT OF APPEALS

                                       SECOND DISTRICT OF TEXAS

                                                   FORT WORTH

 

                                        NO.
2-09-466-CV

 

IN RE CITY OF SOUTHLAKE                                                     RELATOR

 

 

                                               ----------

                                    ORIGINAL
PROCEEDING

                                               ----------

                                MEMORANDUM
OPINION[1]

                                               ----------

We have
considered the parties= AAgreed
Motion To Dismiss Mandamus Action.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss this original
proceeding. 

Relator
shall pay all costs of this original proceeding, for which let execution issue.

PER
CURIAM

 

PANEL:  MCCOY, WALKER, and
MEIER, JJ.

 

DELIVERED:  January 14, 2010











[1]See Tex. R. App. P. 47.4.